United States District Court
Southern District of Texas
FILED

FEB _ 7 2013

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs | § | CRIMINAL ACTION NO. M-11-1384 |
| JULIO CESAR BERNAL | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING RELIEF

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Defendant Julio Cesar Bernal's "Motion for Leave to File Late Appeal" (Docket No. 39), and Defendant's objections thereto. After having reviewed the said Report and Recommendation, and after appropriate review of Defendant's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 43 are hereby adopted by this Court.

FURTHER, the Court, having adopted the conclusions of the Report and Recommendation of United States Magistrate Judge Peter E. Ormsby, is of the opinion that the "Motion for Leave to File Late Appeal" (Docket No. 39) should be **DENIED.**

The Clerk shall send a copy of this Order to counsel for the parties.

DONE on this 7th day of February, 2013, at McAllen, Texas.

_____
HON. RANDY CRANE
UNITED STATES DISTRICT JUDGE